IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL 07-00320DAE-LEK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LEIGHTON SUGANUMA, ) | |
| LAWTON SUGANUMA, ELTON ) | |
| SUGANUMA, SACRED HEARTS ) | |
| ACADEMY, and STATE OF ) | |
| HAWAI'I, DEPARTMENT OF ) | |
| TAXATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on February 14, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Grant the Government's Motion for Default Judgment against

Due for Adoption: March 3, 2008

Defendants Leighton Suganuma, Lawton Suganuma, and Sacred Hearts Academy,"

are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 4, 2008.



_____
David Alan Ezra
United States District Judge

United States of America vs. Leighton Suganuma, et al., Civil No. 07-00320 DAE-LEK; ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION

Due for Adoption: March 3, 2008